UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 21CR10136-001-JLS |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Antonio Aguilar ESCOBAR | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a written request from the United States Probation Office, the supervised release revocation hearing presently set for January 28, 2022 is vacated and reset to March 11, 2022 at 9:00 AM.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 12/16/2021

Janis L. Sammartino
U.S. District Judge

cc: all counsel of record